IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
STEVEN KELTY,                  )
                               )
           Petitioner,         )   Civil Action No. 07-335
                               )
      v.                       )   Judge Conti
                               )   Magistrate Judge Caiazza
SUPT. LOCKETT, et. al,         )
                               )
           Respondents.        )
```

**MEMORANDUM ORDER**

Steven Kelty's Petition for Writ of Habeas Corpus was received by the Clerk of Court on March 16, 2007, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on March 22, 2007, recommended that the Petition for Writ of Habeas Corpus filed by Petitioner Kelty be transferred to the United States District Court for the Eastern District of Pennsylvania. The parties were allowed ten days from the date of service to file objections. Service was made on the Petitioner by First Class United States Mail delivered to SCI Greensburg where he is incarcerated. Objections were due on or before April 9, 2007.  No objections have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following

order is entered:

AND NOW, this 27th day of April, 2007,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by Steven Kelty be TRANSFERRED FORTHWITH to the United States District Court for the Eastern District of Pennsylvania.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 4), dated March 22, 2007, is adopted as the opinion of the court.

                                              s/Joy Flowers Conti
                                              Joy Flowers Conti
                                              U.S. District Court Judge

cc:
Steven Kelty
FB-9401
S.C.I. Greensburg
R.D. #10, Box 10
Greensburg, PA 15601